BENJAMIN B. WAGNER
United States Attorney
ANDREW L. GRADMAN
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00157-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION AND ORDER FOR DISMISSAL |
| | ) | |
| RUDY V. MANUEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Andrew L. Gradman, Special Assistant United States Attorney, hereby moves to dismiss without prejudice the Information filed on April 26, 2011, against Rudy V. Manuel, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 1, 2012               BENJAMIN B. WAGNER
                                   United States Attorney


                              By :  /s/ Andrew L. Gradman
                                   ANDREW L. GRADMAN
                                   Special Assistant U.S. Attorney

1                                 O R D E R

2       IT IS HEREBY ORDERED that the Information filed on April 26,

3 2011, against Rudy V. Manuel, be dismissed without prejudice in the

4 interest of justice.

**IT IS SO ORDERED.**

**Dated:**   **March 2, 2012**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE